**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00518-NYW

DANIEL PERTILE,
GINGER PERTILE,

    Plaintiffs,

v.

GENERAL MOTORS, LLC, f/k/a GENERAL MOTORS COMPANY and NGMCO, Inc., a Delaware company,
GENERAL MOTORS COMPANY, a Delaware company,
TRW AUTOMOTIVE HOLDINGS CORP., a Delaware corporation,
TRW AUTOMOTIVE INC., a Delaware corporation,
TRW VEHICLE SAFETY SYSTEMS INC., a Delaware corporation,
TRW AUTOMOTIVE GMBH, a German corporation,
TRW AUTOMOTIVE U.S. LLC, a Delaware corporation,
NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORPORATION, an Ohio corporation,
NORTHROP GRUMMAN SYSTEMS CORPORATION, a Delaware corporation,
TRW INC., a Delaware corporation,
TRW AUTOMOTIVE HOLDING COMPANY, a Delaware corporation,
TRW AUTOMOTIVE (LV) CORP., a Delaware corporation,
DELPHI CORPORATION, a Delaware corporation,
DPH HOLDINGS CORP., a Delaware corporation
DELPHI AUTOMOTIVE PLC, a foreign corporation,
DELPHI AUTOMOTIVE LLP, a foreign corporation,
DELPHI AUTOMOTIVE SYSTEMS, LLC, a Delaware corporation,
DPH-DAS LLC, a Delaware corporation
DELPHI AUTOMOTIVE HOLDINGS LIMITED, a foreign corporation,
ROBERT BOSCH LLC, a Delaware corporation,
ROBERT BOSCH CORPORATION, a Delaware corporation,
BOSCH CORPORATION, a foreign corporation,
ROBERT BOSCH NORTH AMERICA CORPORATION, a Delaware corporation,
ROBERT BOSCH GMBH, a foreign corporation,
JOHN DOES NOS. 1-25, and
JOHN DOE COMPANIES NOS. 1-25,

    Defendants.

## ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM

This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. The parties are expected to become familiar with the Pilot Program.

IT IS ORDERED:

1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**April 27, 2015 at 9:30 a.m.**

in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

2. The parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**May 7, 2015**

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: March 18, 2015

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge