IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00518-WJM-NYW | Date: | June 16, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| DANIEL PERTILE, | *James Louis Gilbert* |
| GINGER PERTILE, | *Anne Marie Dieruf* |
| **Plaintiffs,** | |
| v. | |
| GENERAL MOTORS, LLC, | *Kent Bryan Hanson* |
| TRW VEHICLE SAFETY SYSTEMS, INC., | *Jason Paul Hartman* |
| DPH HOLDINGS CORP., | *Jordan Lee Lipp* |
| DPH-DAS, LLC, | |
| KELSEY-HAYES COMPANY, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:33 p.m.

Appearances of counsel. Ms. Lindsey Berg appears with Mr. Gilbert.

Discussion and argument held on Motion to Extend Deadline to Designate Nonparties at Fault Under C.R.S. §13-21-111.5 [61] filed on May 15, 2015.

**ORDERED:   Motion to Extend Deadline to Designate Nonparties at Fault Under C.R.S. §13-21-111.5 [61] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion and argument held on General Motor LLC's Motion for Protective Order [66] filed on May 27, 2015.

**ORDERED:   General Motor LLC's Motion for Protective Order [66] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Court in Recess:  2:49 p.m.           Hearing concluded.           Total time in Court:  01:16