# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00518-WJM-NYW

DANIEL PERTILE, an individual; and
GINGER PERTILE, an individual,

      Plaintiffs.

v.

GENERAL MOTORS, LLC, a Delaware limited liability company;
TRW VEHICLE SAFETY SYSTEMS INC., a Delaware corporation;
KELSEY-HAYES COMPANY, a Delaware corporation;
JOHN DOE NOS. 1-25; and
JOHN DOE COMPANIES NOS. 1-25,

      Defendants.

_____

# MINUTE ORDER
_____

Entered by Magistrate Judge Nina Y. Wang

      This matter comes before the court on Defendant General Motors LLC's Motion for Protective Order [#66, filed on May 27, 2015]. In light of the entry of Parties' Joint Stipulated Protective Order submitted to the court today, IT IS ORDERED that the Motion for Protective Order [#66] is DENIED AS MOOT.

Dated: July 6, 2015