IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00518-WJM-NYW | Date: | October 30, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| **DANIEL PERTILE,** | *James Louis Gilbert* |
| **GINGER PERTILE,** | *Anne Marie Dieruf* |
| | *Darin Lee Schanker* |
| **Plaintiffs,** | |
| v. | |
| **GENERAL MOTORS, LLC,** | *Daniel Robert Mordarski* |
| **TRW VEHICLE SAFETY SYSTEMS, INC.,** | *Kyle Wesley Brenton* |
| **KELSEY-HAYES COMPANY,** | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:32 p.m.

Appearances of counsel. Ms. Lindsey Berg appears with Mr. Gilbert. Ms. Rebekah Watada appears with Mr. Schanker. Ms. Huizhen Lu appears with Mr. Mordarski.

Discussion and argument held on Plaintiffs' Motion to Compel Production of General Motors, LLC's Finite Element Models for the GMT 900 Series [87] filed September 1, 2015.

**ORDERED:** Plaintiffs' Motion to Compel Production of General Motors, LLC's Finite Element Models for the GMT 900 Series [87] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Court in Recess:  2:49 p.m.          Hearing concluded.          Total time in Court:  01:16

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.