# PERTILE, ET AL. v. GENERAL MOTORS, LLC, ET AL.

## SUNG FRANK CHAO

### June 16, 2016

*Prepared for you by*



**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

SUNG FRANK CHAO
June 16, 2016

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLORADO
 3
 4   DANIEL PERTILE, an individual; and
 5   GINGER PERTILE, an individual,
 6                       Plaintiffs,
 7
 8      vs.           Civil Action No. 1:15-cv-00518-NYW
 9
10   GENERAL MOTORS, LLC, a Delaware limited liability
11   company; TRW VEHICLE SAFETY SYSTEMS INC., a Delaware
12   corporation; KELSEY-HAYES COMPANY, a Delaware
13   corporation; JOHN DOE NOS. 1-25; and
14   JOHN DOE COMPANIES NOS. 1-25,
15                       Defendants.
16   _____
17
18       The Videotaped Deposition of SUNG FRANK CHAO,
19       Taken at 30800 Telegraph Road,
20       Bingham Farms, Michigan,
21       Commencing at 10:39 a.m.,
22       Thursday, June 16, 2016,
23       Before Melinda S. Moore, CSR-2258.
24
25
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

SUNG FRANK CHAO
June 16, 2016

Page 10

```
 1         development.  In other words, we use CAE to lead
 2         the design, improve the design, okay, to meet
 3         performance requirement.  Most of the validation
 4         is done by physical testing, okay.  We do validate
 5         some of the performs requirement like stiffness,
 6         okay.  Some of them we have now good record in
 7         correlating analysis with test, okay.
 8                   You're specifically talking about 2000?
 9    Q.   And you're talking the analysis is CAE analysis?
10    A.   Yeah, CAE.
11    Q.   So how would you describe that, again, as far as
12         correlating?
13    A.   Before we validate, we do a lot of correlation
14         work between analysis and the test to verify we're
15         capable of predicting physical performance, okay,
16         using a narrow band before we apply CAE for
17         validation.  So it's progressive.  In other words,
18         we're doing more and more analytical validation or
19         using CAE for validation, but the starting point
20         was low, okay.  We're increasing our capability
21         and we're using CAE to validate the design more
22         and more.
23    Q.   And so starting in 2009, how would you describe
24         the relationship between validating with -- I
25         mean, not validating, but signing off with the
```



SUNG FRANK CHAO
June 16, 2016

Page 11

```
 1          physical test versus CAE?
 2    A.    I'm not sure what you are -- you are after.
 3          Basically it's case by case, okay.  We have lot of
 4          performance requirements, so all depend on CAE
 5          capability in predicting physical performance
 6          relative to the physical performance when we --
 7          you know, demonstrate we have good correlation
 8          between the two.  You know, we use CAE to validate
 9          the design for that performance.
10    Q.    When did you begin signing off vehicles by finite
11          element modeling?
12    A.    Again, it's an individual requirement basis, okay,
13          so we don't sign off the entire vehicle, because
14          there are thousands of requirements for vehicle
15          design, okay.  A limited number of CAE is capable
16          of validating, but not all of them.
17    Q.    Did you do any -- do you know what the GMT800 is?
18    A.    Yes.
19    Q.    What is that?
20    A.    It's a full-size truck.
21    Q.    What model years?
22    A.    Model year, I believe -- I can't really recall all
23          the details, but probably 1998 through 19 -- 1998
24          or 1999 through 2007 or '06.  I really don't
25          recall all the details.
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

SUNG FRANK CHAO
June 16, 2016

Page 14

```
 1        create a model, we run analysis, okay, correlate
 2        with test, okay, go through the process of
 3        capability development to enable us to use CAE
 4        better for future program.  That's the extent of
 5        work we did on this 800 roof, but not the initial
 6        design, though.
 7   Q.   No.  So the work you were doing on the 800 after
 8        it was released through about '06, some of that
 9        work had to do with analysis of roof strength?
10   A.   For developing CAE capability because we have 800
11        test data; so we can compare analysis with test,
12        okay, and use that as a tool to develop CAE
13        capability on roof strength analysis.
14   Q.   Did you ever make any effort to validate or
15        correlate your CAE on the 800 roof with physical
16        test?
17   A.   Of course.  That's how we develop our capability,
18        gain confidence --
19   Q.   And --
20   A.   -- in our ability, yeah.
21   Q.   That was physical tests on the vehicle being sold
22        to the public?
23   A.   Yes.
24   Q.   And physical tests on the roof structure of the
25        800 vehicle being sold to the public?
```



SUNG FRANK CHAO
June 16, 2016

Page 24

```
 1   A.   -- related to rollover or roof strength.
 2   Q.   After reviewing the Malibu testing recently, what
 3        conclusions did you reach about the relationship
 4        between roof crush and injuries?
 5             MR. HANSON:  Objection.  Calls for a
 6        personal opinion.  You can go ahead and answer if
 7        you can.
 8             THE WITNESS:  GM study do not show a
 9        correlation between the magnitude or the amount of
10        roof crush and occupant injury because the injury
11        happened earlier in the event.  It's before the
12        roof actually gets significant amount of
13        deformation.
14   BY MR. GILBERT:
15   Q.   Is that a discussion you have had with Ms. Lu,
16        who is attending your deposition today?
17   A.   We look at that, yeah.
18   Q.   The two of you did?
19   A.   Yeah.
20   Q.   And then you had some sort of discussion with Ms.
21        Lu about the Malibu testing and when the injury
22        occurs?
23   A.   When the injury -- in terms of time history, yeah.
24        We look at the data.  We look at the data showing
25        the force impacted the passenger -- or the
```



```
SUNG FRANK CHAO
June 16, 2016
                                                          Page 33

  1    A.    Yes.
  2    Q.    Was this simulation used to sign off the GMT900
  3          for the program goals?
  4    A.    Can you be a little more specific?  Are you
  5          talking about crew cab?
  6    Q.    Yeah.
  7    A.    Yes.
  8    Q.    Okay.  So this analysis described in Exhibit 1
  9          was used to sign the crew cab off for the program
 10          goals, roof strength?
 11    A.    Yeah.
 12                    MR. HANSON:  For the crew cab, Counsel.
 13                    THE WITNESS:  For crew cab.
 14                    MR. GILBERT:  Yeah.  That's what I
 15          said.
 16                    MR. HANSON:  You left that out of your
 17          question, I think.
 18                    MR. GILBERT:  Would you please read the
 19          question again.
 20                    MR. HANSON:  If it wasn't in your
 21          question, I just wanted to make it clear that
 22          we're talking about the crew cab.  That's all.
 23          You can read it back if you want as long as we're
 24          clear that we're talking about the crew cab.
 25                    MR. GILBERT:  Read back my question,
```



SUNG FRANK CHAO
June 16, 2016

Page 51

```
 1   Q.   Why did you build that model for the 2007 and
 2        '08?
 3   A.   We needed to validate the design to meet the roof
 4        crush strength requirement.
 5   Q.   And that was the design of the physical vehicle
 6        being sold to the public?
 7   A.   Yeah.
 8   Q.   Did anything need to be updated or was this model
 9        used for this work originally created just close
10        to this work?
11                 MR. HANSON:  Do you understand the
12        question?
13                 THE WITNESS:  I don't quite understand
14        that question.
15   BY MR. GILBERT:
16   Q.   I don't either.
17                 About how many elements were in the
18        model you used for this work?
19   A.   This is long time ago.  I really can't tell you.
20   Q.   Can you give estimate, give a range?
21                 MR. HANSON:  Don't guess.
22                 THE WITNESS:  Yeah, I can't guess.
23        It's so long ago, I really don't recall.
24   BY MR. GILBERT:
25   Q.   Was the model a full vehicle or just a
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

SUNG FRANK CHAO
June 16, 2016

Page 88

```
 1         questions for Mr. Chao.  Thank you.
 2                   MR. GILBERT:  I have a few follow-up.
 3                        RE-EXAMINATION
 4   BY MR. GILBERT:
 5   Q.    If you had the FEMs, neither one of you would
 6         have to go back and build a model, would you?
 7   A.    If I still have this model used by Ms. Zhang,
 8         Zongfen?
 9   Q.    If you have the FEMs for the GMT900, neither you
10         nor Vlahinos would have to build a model from
11         scratch, would you?
12   A.    If the model is there, yeah, we can reuse it.
13   Q.    Neither one of you would have to do anything?
14         You just use the model?
15   A.    Okay.  Analysis is more than model.
16   Q.    Okay.
17   A.    Okay.  There are other things you need do all
18         that.  If model is there, as I described earlier,
19         still take Zongfen some time to set it up for roof
20         crush analysis.  So unless we have all the
21         analysis information in that model, otherwise, it
22         will still require some work.
23   Q.    But if you had the roof crush model with the
24         FMVSS 216 load case, at least neither one of you
25         would have to build that model from scratch; is
```



SUNG FRANK CHAO
June 16, 2016

Page 89

```
 1           that true?
 2     A.    That is correct.
 3     Q.    Okay.  GM retains physical testing for their
 4           models, don't they?
 5     A.    I was never in validation or test group, so I
 6           wouldn't know.
 7     Q.    Okay.  So you don't know what the policy is for
 8           retention --
 9     A.    For testing, I wouldn't know.
10     Q.    What is the current retention policy on FEMs?
11     A.    Process goes through evolutions, all that.  We
12           talk about three years, and then we talk about,
13           you know, 12 weeks after SORP.  The last I heard,
14           just as this morning, is for the entire production
15           period.  That just came out this morning.
16     Q.    What's that?
17     A.    In terms of retention period, model retention.
18     Q.    What came out this morning?
19     A.    In terms of retention policy, model retention
20           policy.  Again, it goes through evolutions, all
21           that.  It's --
22     Q.    What is the policy that came out this morning as
23           far as retention?
24     A.    In -- for the future -- in the future, we retain
25           the model for the entire production period.
```

