# PERTILE, ET AL. v. GENERAL MOTORS, LLC, ET AL.

## HUIZHEN LU 30(b)(6)

June 17, 2016

*Prepared for you by*



**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

HUIZHEN LU 30(b)(6)
June 17, 2016

Page 53

```
 1          thing as we have done for the crew cab.  We had
 2          developed the model based on a physical test and
 3          then using that model to validate meeting the
 4          performance goal for the GMT900 Suburban.
 5   Q.     So the validation and effort to make sure it met
 6          the program goal for the 2007 Suburban was done
 7          in a computer with a computer model?
 8   A.     Was done using the CAE tool, math-based CAE tool.
 9   Q.     Which is a computer?
10   A.     Was a computer simulation, yes.
11   Q.     It wasn't done based on a physical test for the
12          2007 effort to validate the program goal?  It was
13          done with a CAE model?
14   A.     Well, as I said it earlier, that, in part, that
15          CAE work was supported by a physical test which we
16          have done on the GMT900 Tahoe, the GMT921 body
17          style; so using that physical test, we have
18          developed the modeling technique related to the
19          roof strength simulation, then using that same
20          technique to do the validation of the particular
21          GMT830 -- GMT930.
22   Q.     But GM -- General Motors used a computer model to
23          determine whether the 2007 Suburban met the
24          program goals; is that correct?  Yes or no?
25                    MR. HANSON:  I don't think it's a
```



HUIZHEN LU 30(b)(6)
June 17, 2016

Page 64

```
 1        confused about the yes-and-no answer to that
 2        question.  The thing is this:  As I said, we -- I
 3        went to the body CAE organization and asked them
 4        to search for GMT900 crew cab roof strength
 5        simulation models, and they have found some old
 6        models.  They believe that they have used those
 7        models for the NPRM study; okay?
 8   BY MR. GILBERT:
 9   Q.   So there are models for the crew cab, computer
10        models?
11   A.   There are models for the roof strength
12        simulation -- crew cab roof strength simulation.
13   Q.   Okay.  And those exist today?
14   A.   They do.
15   Q.   Okay.  Where are they located?
16   A.   I don't know where they are physically located,
17        but that's what -- when I inquire about the model
18        search, GMT900 crew cab roof strength simulation,
19        that they have found.  They have informed me that
20        they have searched and then found these models.
21   Q.   And so they -- are they on some server, some
22        central repository server?
23   A.   I don't know.
24   Q.   Have you asked?  Have you made any effort to find
25        out?
```



HUIZHEN LU 30(b)(6)
June 17, 2016

Page 65

```
 1   A.   I didn't ask them where physically these models
 2        are stored.
 3   Q.   And the crew cab models that are still in
 4        existence, those are for roof strength?
 5   A.   Yes, for the NPRM and -- or roof strength study,
 6        which is different than our subject vehicle roof
 7        structure.
 8   Q.   How many -- how many -- how many crew cab models
 9        are there?
10   A.   I was told three.
11   Q.   Three?
12   A.   Uh-huh.
13   Q.   And what is the difference between them?  Why are
14        there three?
15   A.   They were -- well, I don't -- I don't know of the
16        details of each model, and what I do know is they
17        were a different stage of the study, so the models
18        would have difference in design.
19   Q.   What do you mean by that?
20   A.   Like, for instance, when they were doing the NPRM
21        study, they were trying different ways of making
22        design changes to change the roof strength
23        performance.
24   Q.   So the models include a general base model for
25        the roof strength, and they also include at least
```



HUIZHEN LU 30(b)(6)
June 17, 2016

Page 67

```
 1        what I was told.
 2                   MR. HANSON:  Object to calling it a
 3        government investigation but, anyway, go on.
 4   BY MR. GILBERT:
 5   Q.   They involved changes that improved the strength
 6        of the roof?
 7   A.   Well, various design proposals at the time to make
 8        the changes in response to the -- in response to
 9        the --
10   Q.   To the notice?
11   A.   -- FMVSS 216 NPRM.
12   Q.   Okay.  But those models included possible changes
13        to the roof to make it stronger in the crew cab?
14   A.   Well, I don't know for sure.  I did not look at
15        the model myself.  That's what I was told.  They
16        believe that those models were used, not for the
17        design and development of the crew cab or
18        production release.  That was being used for the
19        NPRM study.
20   Q.   But they included ways to improve the strength of
21        the roof?  Yes or no?
22   A.   I don't know for sure.
23   Q.   But that's what you were told?
24   A.   I was told --
25                   MR. HANSON:  She already told you what
```

